**EXHIBIT A**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

HECTOR ALVARENGA and OSCAR RIVERA,
individually and on behalf of others similarly situated,

        Plaintiffs,

    vs.

POLLOS MARIO BRENTWOOD CORP. (d/b/a
POLLOS MARIO STEAK HOUSE & SEAFOOD),
OSCAR FRANCO, CESAR TOBON and JOHN DOE,

        Defendants.

No. 13 Civ. 5125 (RER)

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

---

Upon the joint application of the Plaintiffs and the Defendants, by their respective counsel, for entry of an Order of Voluntary Dismissal With Prejudice, and the parties having consented to the entry of this Order, and sufficient cause appearing for the same, after due deliberation, it is,

HEREBY ORDERED, that this action, and all claims asserted herein, is hereby dismissed in its entirety with prejudice pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure. Each party shall bear his or its own costs. This Stipulation may be filed with the Court without further notice to any Party.

| | |
|---|---|
| MICHAEL FAILLACE & ASSOCIATES, P.C | LAW OFFICES OF MATTHEW L. LEVINE, PLLC |
| By: /s/ Michael Faillace<br>Michael Faillace<br>60 E. 42nd Street, Suite 2020<br>New York, NY 10165<br>Tel: (212) 317-1200<br>michael@faillacelaw.com | By: /s/ Matthew L. Levine<br>Matthew L. Levine<br>565 Fifth Avenue, 7th Floor<br>New York, NY 10017<br>Tel: (212) 880-9517<br>matt@matthewlevinelaw.com |
| *Attorneys for the Plaintiffs* | *Attorneys for the Defendants* |

SO ORDERED.

Dated: 2/13/15

_____
Hon. Ramon E. Reyes, Jr.
United States Magistrate Judge